# EXHIBIT "A"

Colorado Supreme Court, Board of Law Examiners, 600 17th Street, #520-S, Denver, Colorado 80202-5451

## APPLICATION COVER PAGE FOR COLORADO BAR EXAM

This application will not be deemed timely filed unless accompanied by this cover page.
Please complete the sections below

APPLICANT NAME: _Evan Feinberg_
(Type or print legibly)

Herewith filed is my application for the Colorado Bar Exam scheduled for   FEBRUARY _____   JULY _2002_
(year)   (year)

### EXAM SEATING

1. I am **RIGHTHANDED** ☒   **LEFTHANDED** ☐

2. I wish to complete the Essay/PT portion by **WRITING** ☒   **COMPUTER*** ☐
   *See additional information regarding system requirements and mandatory pre-installation procedures

### TEST ACCOMMODATIONS

3. I have a **DISABILITY** for which I am requesting special test accommodations.   Yes ☐   No ☒

Test accommodations will not be granted to those who fail to file a Petition for Test Accommodations. (See the Section on Testing Accommodations in the Instructions for Filing An Application to Take the Colorado Bar Exam for specific details.)

### MULTISTATE PROFESSIONAL RESPONSIBILITY EXAM (MPRE) REQUIREMENT

4. Have you taken the **MPRE** within the last two years?   Yes ☐   No ☒
   If YES, indicate:   Date of Exam _____   Scaled Score _____

5. Have you requested the transfer of your MPRE scores to Colorado?   Yes ☐   No ☒
   (See MPRE Section of *Instructions for Filing an Application to Take the Bar Exam* for MPRE requirements.)

### EDUCATIONAL QUALIFICATIONS

6. Indicate your First Professional ABA* Law Degree (J. D. or LL.B.) _J.D._
   *Non-ABA law school graduates are subject to additional requirements of Rule 201.5, C.R.C.P.

### PREVIOUS COLORADO APPLICATIONS

7. Prior to this application, have you ever filed an application for admission to practice law in Colorado?   YES ☐   NO ☒
   If Yes, indicate **Date** *(approximate)* of application _____   Type **ON MOTION** ☐   **EXAM** ☐

**FOR OFFICE USE ONLY** *(Web Version)*

DATE RECEIVED

APPLICATION NUMBER _____

Check No _____

POSTMARK _____   WALK-IN _____   Amount Paid _____   Late Fee ___Y ___N

# ETHNIC SURVEY

The Colorado Board of Law Examiners is gathering ethnic data to determine the impact of the bar exam on various groups of persons. Below is a questionnaire which seeks very basic ethnic information. This information will be treated in a confidential manner and will be used only for research purposes. The questionnaire and its answer will be separated during the initial processing of the application and will not be associated with an applicant's file or examination answers during grading of the exam. Individuals will not be identified by name and the information will be retained by the board as part of the application. This survey must be returned with your application. Thank you for answering the questions which are posted below.

1. What is your gender?    Male __X__    Female _____

2. Which one of the following racial or ethnic groups best describes you?
   (Mark one choice only.)

   _____ **Native American or Alaskan Native**
   (Descended from any of the original people of North America.)

   _____ **Filipino**

   _____ **Pacific Islander**
   (Melanesian, Micronesian, Polynesian)

   _____ **Origins in Indian sub-continent**
   (Pakistan, India, Bengal, etc.)

   _____ **Asian**
   (Includes Chinese, Japanese, Korean and the peoples of Malaysia and Southeast Asia.)

   _____ **Hispanic**
   (Mexican, Puerto Rican, Cuban, Central or South American, Spanish, but not Portuguese.)

   _____ **African-American**
   (Excludes persons of Hispanic origin.)

   __X__ **Caucasian**
   (Includes persons having origins in any of the original peoples of Europe, Russia, North Africa and the Middle East – and generally corresponds to those persons not classified into one of the 7 specific minority categories.)

   _____ **Other**

   *(Web Version)*

   FOR OFFICE USE ONLY

   APPLICATION NUMBER

# Evan S. Feinberg
### ATTORNEY AT LAW

One West Street
Suite 2422
New York, NY 10004

Tel. 212.592.9072
Fax. 212.591.6291
www.EvanEsquire.com

May 30, 2002

Pace Law School
Registrar's Office
78 N. Broadway
White Plains, NY   10603

Dear Registrar:

I graduated from Pace School of Law in May 1996 and am presently admitted to practice law in New York. I am applying to take the **Colorado Bar Exam** and the Colorado Board of Law Examiners requires that the enclosed form be executed by the Pace Registrar on my behalf and forwarded directly to Colorado. My social security number is: 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, and my date of birth is: 7/14/69. Kindly execute the enclosed form and send it to the Colorado Board of Law Examiners in the stamped, addressed enveloped I have enclosed for your convenience.

Please contact me if there are any problems. Your prompt attention to this matter would be greatly appreciated.

Sincerely,


Evan S. Feinberg

ESF/sgb

## APPLICATION FOR ADMISSION TO THE STATE BAR OF COLORADO *(Web Version)*

**UNAUTHORIZED PRACTICE OF LAW:** Persons who have not been admitted in Colorado should understand that engaging in the unauthorized practice of law may jeopardize their admission to the practice of law in this state. Under no circumstances should you be undertaking any task other than that allowed of a law clerk or paralegal. In other words, you may not do such things as appear in court, give legal advice, sign pleadings, or meet with clients.

*** SECTION I ***

NOTE: Your full name (middle name included) must be provided even though you may intend to register as an attorney in Colorado under some variation of same.

FULL NAME
Last: Feinberg
First: Evan
Middle: Spencer
Social Security Number: 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
Date of Birth: July 14, 1969
Place of Birth: Bronxville, New York
Sex (Female or Male): Male

MAILING ADDRESS: Provide ONLY ONE mailing address. All correspondence will be sent to this address. Indicate whether the following mailing address is residence or business:
Firm Name (if business):
Street: One West Street
Apt: 2422
City: New York
County: New York
State: New York
Zip Code: 10004
Country: United States
Home Phone: (212) 706-0830
Office Phone: (212) 269-8383
*Email: EvanEsquire@aol.com*

LAW SCHOOL from which first degree in law was, or will be received.
Date degree conferred: May 1996
Name of law school: Pace University School of Law
Dates of attendance: August 1993 to May 1996
From (mo/yr): August 1993
To (mo/yr): May 1996
Location: White Plains, New York
Type of Degree: Juris Doctor

*** SECTION II ***

1. Name all jurisdictions and courts in which you are admitted to practice law. Include dates of admission, attorney registration number, and status (e.g. active, inactive, nonresident, suspended, etc.). (If you are admitted in the State of New York, specify which Departments.) Duplicate the following block for each jurisdiction provided.

Jurisdiction: New York
Courts: 2nd Department
Date of Admission: January 8, 1997
Attorney Reg. No.: 2786812
Status: Active

2. Have you ever been denied admission to the practice of law in any jurisdiction (other than for failure of the bar examination) or been denied access to the bar exam of any jurisdiction? (If yes, provide a detailed explanation of the reason you were denied.)  NO

3. Have you ever had your fitness to practice law questioned through an informal interview, formal hearing, or through any other means? (If yes, provide a detailed explanation of each instance including the reason(s) for inquiry, nature of questioning, and final outcome.)  NO

4. Name all jurisdictions to which you have applied for a license to practice law but to which you have not been admitted to practice law. Include any jurisdictions from which you have withdrawn an application or in which an application is currently pending. Indicate whether the application was on-motion or exam, date filed or date of exam (if applicable), result (e.g. pass, fail, application pending, withdrew) and if not yet admitted, anticipated date of admission. Duplicate the following block for each jurisdiction provided.

Jurisdiction: N/A
Application Type: N/A
Date filed: N/A
Result: N/A
Anticipated Admission Date (if applicable): N/A

5. Has your license to practice law in each of the locations specified above ever been limited, restricted, suspended, or revoked (including periods of inactive or nonresident status) since the date of your admission?  IF YES, provide dates during which it has been limited, the nature of the limitation or disqualification, the facts, and the name and address of the person or authority in possession of the records relating to the matter.  NO

6. Provide the name and location of each bar association of which you are or have been a member.
New York Bar Association – 1 Elk Street, Albany, NY   12207
American Bar Association – 740 15th Street, N.W., Washington, D.C.  20005

7. Have you ever held any judicial or public office? If yes, provide the location, dates, and title of the office held, including the reason for termination (if applicable).  NO

8. LEGAL EMPLOYMENT: BEGINNING WITH YOUR CURRENT OR MOST RECENT, list IN REVERSE CHRONOLOGICAL ORDER, all periods of employment or self-employment, within the last ten years or since admission to the bar (whichever is longer but in no case prior to your 18th birthday), for which a license to practice law was required. Include beginning and ending dates, your position title, name and complete mailing address, INCLUDING ZIP CODE, of business or practice, name of supervisor, associate, or other individual who

will verify your employment along with their complete mailing address if different from employer address and reason for leaving. Any employment terminated under adverse circumstances must be fully explained on the explanation page provided in this application. If you were unemployed during interim time periods, so state, providing dates for each instance. Duplicate the following block for each period of employment provided.

From (Month and Year): January 1997
To (Month and Year): December 2001
Position Title: Associate Attorney
Name and Address of Employer: Berns & Castro, Attorneys at Law, 17 Battery Place, Suite 300, NY, NY 10004
Name and Address of Supervisor: Eugene Castro, 17 Battery Place, Suite 300, NY, NY 10004
Reason for Leaving: Created new law practice

NOTE: For Class A (On-Motion) applicants, complete Section V, Addendum to Question 8, for each period of legal employment which is not solo or private practice and which is intended to be considered when determining your eligibility for Class A application under the 5 of 7 years practice provision.

9. OTHER EMPLOYMENT: BEGINNING WITH YOUR CURRENT OR MOST RECENT, list IN REVERSE CHRONOLOGICAL ORDER, all periods of employment or self-employment, within the last ten years or since admission to the bar (whichever is longer but in no case prior to your 18th birthday), for which a license to practice law was NOT required. Include dates, your position title, name and complete mailing address of business, INCLUDING ZIP CODE, name of supervisor and complete mailing address if different from business address and reason for leaving. Any employment terminated under adverse circumstances must be fully explained. Duplicate the following block for each period of employment provided.

From (Month and Year): N/A
To (Month and Year): N/A
Position Title: N/A
Name and Address of Employer: N/A
Name and Address of Supervisor: N/A
Reason for Leaving: N/A

10. Provide the names and addresses of three attorneys who know you. If you are not admitted to practice law, and you do not know three attorneys, substitute law school professors or other professionals and explain the reasons for your substitutions. Do not include persons whom you have listed in Questions 8, 9, or 11, or any persons related to you by blood or marriage. Duplicate the following block for each reference provided.

Name: David Metzger, Esq.
Address (include Zip Code): c/o Kanterman & Taub, P.C. 342 Madison Avenue, NY, NY 10173
Telephone: (212) 557-1511
Occupation: Attorney
Years Known: 25

Name: Martin Weiss, Esq.
Address: 7000 Boulevard East, Guttenberg, NJ
Telephone: (201) 854-6244
Occupation: Attorney (retired)
Years Known: 32

Name: Michelle Laird, Esq.
Address: 110 West A Street, Suite 1100, San Diego, CA 92101
Telephone: (619) 645-2323
Occupation: Attorney
Years Known: 5

11. Provide the names and addresses of three persons in EVERY locality where you have lived or been employed during the last ten years or since admission to the bar (whichever is longer, but not prior to your 18th birthday) with whom you are personally acquainted, other than those referred to in your answers to Questions 8, 9, or 10. DO NOT include any person related to you by blood or marriage. Duplicate the following block for each reference provided.

Name: Nelson Banes
Address (include Zip Code): 595 Quaker Road, Chappaqua, NY 10514
Telephone: (970) 215-4312
Occupation: Entrepreneur
Years Known: 7

Name: Larry Gold
Address: 108 Crestview Place, Ardsley, NY 10502
Telephone: (914) 674-0409
Occupation: Doctor
Years Known: 17

Name: Andrew Katcher
Address: 301 E. 49th Street, New York, NY 10017
Telephone: (917) 679-3550
Occupation: Marketing
Years Known: 22

12. a. Provide the name(s) and complete mailing address(es), including zip code(s) for every college or university attended (other than law school listed on page one of this questionaire) including dates of attendance and degree. If you attended a law school from which you did not graduate and from which you received no credit toward your law degree, provide a detailed explanation of why no credit was granted. Duplicate the following block for each college provided.

Name of College: S.U.N.Y. Purchase
Address of College: 735 Anderson Hill Road, Purchase, NY 10577
Dates of Attendance: 1989 – 1992
Degree: Bachelor of Arts
Major: Philosophy

Name of College: S.U.N.Y. Stony Brook
Address of College: Stony Brook, NY 11794
Dates of Attendance: 1988 – 1989

Name of College: S.U.N.Y. Albany
Address of College: 1400 Washington Avenue, Albany, NY 12222
Dates of Attendancy: 1986 – 1987

b. Provide the name(s) and complete mailing address(es), including zip code(s) for any law school you attended other than that listed in the Section I of this questionnaire. Duplicate the following block for each law school.

Name of Law School: University of San Diego School of Law
Address: 5998 Alcala Park, San Diego, CA 92110
Dates of Attendance: August 1994 – May 1995 ("visiting student")
Degree: N/A

13. Have you ever applied for a professional, state or local license in order to pursue a career in a field (other than law) requiring licensure? IF YES, provide for each application the date of the application, name and address of the licensing agency, type of license, whether an examination was required, whether proof of good character was required, and the date the license was issued. If no license was issued upon application, state the full reason. NO

14. List every state where you have been licensed to drive in the last three years and designate the state in which you are currently licensed. Provide the driver's license number and expiration date for your current license.
New York State – 358 505 819

15. RESIDENCE: Beginning with your current address and continuing in REVERSE CHRONOLOGICAL order, list every permanent and temporary residence of longer than one month (including ZIP CODE) during the last ten years or since admission to the bar (whichever is longer, but not prior to your 18th birthday). Duplicate the following block for each address you provide.

From (Month and Year): July 2001
To (Month and Year): Present
Street: One West Street
City: New York
State: NY
Zip Code: 10004

From (Month and Year): September 1999
To (Month and Year): June 2001
Street: 17 Fox Court
City: Suffern
State: NY
Zip Code: 10901

From (Month and Year): January 1997
To (Month and Year): August 1999
Street: 10 Stone Wall Lane
City: Mamaroneck
State: NY
Zip Code: 10543

16. Your Marital Status: Single

If married, indicate date of marriage, location, and full name of spouse.

17. Have you ever been divorced or had a marriage annulled or set aside? If yes, state when, where, and how your marriage(s) was(were) terminated. If terminated by court order, attach copies of all court documents relating to your divorce(s). NO

18. Have you ever been required to pay alimony or child support payments as a result of a divorce, annulment or other court proceeding? If yes, attach a notarized statement of your compliance with support payments from the person to whom payments are made, or a record of payment from the court registry through which payments are made, and list name and last known address of your former spouse(s). NO

19. Are you now or have you ever been a member of the armed forces of the United States including the National Guard or any of the reserve components? NO

If so, list:

a. Branch of Service: N/A

b. Dates of Active Duty: N/A
   From (mo/yr): N/A

To (mo/yr): N/A
c. Date and Type of Discharge: N/A

---

20. Have you ever had your name changed by court order, or been known by any name other than a "nickname" or that which appears in Section I of this questionnaire? If yes, state in full, each name used and the dates that name was used. Attach copies of the court order for each or explain why no such order exists.)  NO

---

21.   Are you a U.S. citizen?  YES

   a. If not, under what type of visa are you living in the United States? Attach a copy of both the front and back of your VISA or Alien Registration Receipt (Green card).

   Date Issued: N/A
   Date Expires: N/A
   Origin of Issue: N/A
   Alien Registration #: N/A

---

22. **Father's Name: Leonard Feinberg**
    **Address: 3571 East Medinah Avenue, Bolivia, NC  28422**

   Mother's Name and (Maiden Name): Francine Scholnick (deceased)

*** SECTION III ***

ANSWER QUESTIONS 23 through 44 below by responding either "YES" or "NO." Provide a full and detailed narrative of all events and circumstances leading up to and surrounding the incidents for every "YES" answer. Relevant documentation substantiating your explanation is required and should be submitted with your application. In cases where official documentation is not available, a letter of verification from the appropriate agency or attorney of record is required.

23. Have you ever been the subject of any formal or informal complaint, disciplinary or grievance action as an attorney or a member of any other profession? If YES, describe in detail, all related circumstances including, the dates, location, identity of the authority involved and result. Attach copies of original complaint and final disposition from the appropriate disciplinary agency.  NO

24. Were you, as a student, ever dropped, suspended, warned, placed on disciplinary or scholastic probation, expelled or requested to resign from any school, college or university, or otherwise subjected to discipline by any school or other institution or requested to discontinue your studies therein? If YES, describe in detail, all related circumstances including, dates, name and address of school, cause of action, and names of all parties involved. NO

25. Have you ever been the subject of any charges or proceedings, as a member of the armed forces, or were you ever a defendant in any court martial? If YES, state date and nature of charge, facts surrounding it, the disposition of the matter, and the location and designation of the military establishment where such proceedings took place.  NO

26. Have you ever received a discharge from the military service for medical reasons? If YES, describe in detail the reasons for the discharge. Attach a copy of your DD214.  NO

27. Have you ever been discharged or requested, formally or informally, to resign from or terminate employment? If YES, state the date, circumstances, and name and address of employer, as well as the name and title of individual making such request if other than employer.  NO

28. Have any judgments ever been entered against you in favor of a creditor? If YES, state all relevant circumstances including, dates, location, names of parties involved, amount and basis of judgment and the manner of satisfaction. Attach copies of judgments, and if satisfied, satisfactions of judgments.  NO

29. Are there any decrees, judgments, liens, or orders entered against you which have not been satisfied? If YES, list each, providing the date, names of parties, court, and reason(s) that they have not been satisfied.  NO

30. Have you ever had any debt reported as past due 90 days or greater, a credit card involuntarily revoked or canceled, a credit account involuntarily closed or any debt referred to collection or "charged off" as not collectible? If YES, explain fully the circumstances leading to such revocation, including name and address of creditor, amounts owing and resolution. Attach documentation substantiating any repayment arrangements, including verification of current pay status or satisfaction.  NO

31. Has any surety on any bond on which you were the obligor been required to pay any money on your behalf? If YES, provide dates, location, names of parties, amount and circumstances resulting therefrom.  NO

32. Have you ever filed a petition in bankruptcy or for establishment of a wage earners plan? If YES, explain fully the circumstances leading to each filing and list the court in which the petition was filed, the date of filing and the final disposition. Attach copies of the petition, list of all debts discharged, order of discharge and all other pleadings filed in connection with the matter. NO

33. Have you ever been held in contempt of court? If YES, describe in detail, all relevant circumstances including, date, court, nature of proceeding, and final disposition. Attach copies of all relevant documentation. NO

34. Regardless of whether the record has been expunged, canceled or annulled have you ever been investigated, arrested, charged, convicted, imprisoned, placed on probation or parole or forfeited collateral for any offense against the law? If YES, describe all relevant circumstances including the date, location, court, facts and disposition, if any, concerning the matter. In answering this question you may omit traffic offenses for which you paid a $50 fine or less. Attach copies of documentation substantiating successful completion of any sentences imposed. NO

35. During the last seven years have you been arrested, given a summons or written warning, or taken into custody and questioned or accused formally or informally of the violation of any traffic law, excluding parking violations? If YES, describe in detail, all relevant circumstances including, but not limited to, the date, location, amount of fine, if any, or other penalty. NO

36. Have you ever been charged with driving under the influence of, or driving while ability was impaired by alcohol or drugs? If YES, list date, relevant circumstances, level registered on the Breathalyzer test, court, and final disposition. Attach copies of documentation substantiating the successful completion of any sentence imposed. NO

37. Within the past ten years, have you undergone any treatment for or consulted any person about the use of drugs, narcotics or alcohol, or have you been addicted to or dependent upon their use? If YES, describe in detail, all relevant circumstances, including the dates, names and addresses of the doctors consulted. NO

38. Within the past five years, have you ever raised the issue of use or consumption of drugs, narcotics, or alcohol or the issue of a mental, emotional, nervous, or behavioral disorder or condition as a defense, mitigation, or explanation for your actions in the course of any administrative or judicial proceeding or investigation; any inquiry or other proceeding; or any proposed termination by an educational institution, employer, government agency, professional organization, or licensing authority? If yes, describe in detail all relevant circumstances including dates, names, and addresses of persons who have knowledge of these matters. NO

39.     Within the past five years, have you been diagnosed with or have you been treated for any of the following: schizophrenia or any other psychotic disorder, delusional disorder, bipolar or manic depressive mood disorder, major depression, antisocial personality disorder, or any other condition which significantly impaired your behavior, judgment, understanding, capacity to recognize reality, or ability to function in school work, or other important life activities? If YES, describe all relevant circumstances including, the dates, names and addresses of treating professionals. (If you are uncertain of a diagnosis, it is your responsibility to check with your treating health care professional.) NO

40. Within the past five years, have you at any time been admitted as a patient to a hospital, either on a voluntary or involuntary basis, for treatment of any emotional or mental disability or disorder? If YES, describe in detail, all relevant circumstances for each such episode including, the nature of the disability or disorder, the dates and

place(s) of hospitalization, the names and addresses of the treating medical practitioner(s), and the prescribed treatment. **NO**

---

41. Have you ever been declared incompetent or had a conservator appointed to help conduct your affairs? If YES, describe all circumstances relating to the event(s), including the date and court where the declaration or appointment was made. **NO**

---

42. Have you ever been a plaintiff or defendant in any litigation, excluding criminal proceedings. Provide copies of the original Complaint and final executed disposition for each. If YES, duplicate and complete the RECORD OF CIVIL ACTIONS page which follows for EACH instance in which you have been named as either a defendant or plaintiff. **NO**

---

43. Have you ever failed to file Federal, State, and/or local income tax returns since first becoming obligated by law to do so. If YES, explain the circumstances, the year(s) when you did not file, and final outcome, including amount of tax which remains unpaid. **NO**

---

44. Is there any additional information with respect to possible misconduct or lack of moral qualifications on your part which is not otherwise disclosed by your answers to questions in this application? If YES, describe in detail, any such information. **NO**