# EXHIBIT "B"

**Colorado Supreme Court Board of Law Examiners**
600 17th Street, Suite 520-S
Denver, CO  80202
303-866-6953
www.coloradosupremecourt.us

October 25, 2004

Mr. Evan Spencer
721 E. 34th Place
Loveland, CO  80538

Dear Mr. Spencer:

Thank you for appearing before an Inquiry Panel of the Bar Committee for the Colorado Supreme Court Board of Law Examiners on October 20, 2004. The Panel has deferred their determination relative to a recommendation for your admission to practice law in Colorado until they have received and reviewed additional information and documentation.

To that end, the Panel has requested that you arrange for LAC Olive View Hospital to provide directly to this Board, copies of all medical documentation relative to your 1999 hospitalization and treatment, including but not limited to, admission and discharge dates, admission and discharge summaries, physician's findings, diagnosis, prognosis and recommendation for follow-up treatment.

Your application will be held in abeyance until these documents have been forwarded to the Panel for review and they have issued their recommendation relative to your admission.

Sincerely,

Susan Q. Gleeson
Assistant Executive Director