# EXHIBIT "C"

## AUTHORIZATION AND RELEASE

I, __Evan Spencer Feinberg__ (Applicant's Name), born at __Bronxville__ (City), __New York__ (State)

on __7/14/69__ (Date of Birth) having filed an application for admission to the bar of Colorado, hereby apply for a character report and consent to have an investigation made as to my moral character, professional reputation and fitness for the practice of law and such other information as may be received, all of which will be reported only to the State of Colorado Supreme Court Board of Law Examiners. I agree to give any further information which may be required regarding my past record. I understand that the contents of my character report are confidential.

I hereby authorize and request every person, firm, company, corporation, governmental agency, court, association or institution having control of any documents, records and other information, including documents, records, bar association files regarding charges or complaints filed against me, including all complaints erased by law, formal or informal, pending or closed, or any other pertinent data, to permit the Colorado Board of Law Examiners or any of its agents or representatives to inspect and make copies of such documents, records and other information. The records, however, will not include any information with respect to a juvenile offense.

I also authorize and request the Department of the __(N/A)__ (Air Force, Army, Navy) to furnish to the Colorado Board of Law Examiners the record of each period of my service therein and to furnish the character of service rendered for each period. My serial number was __(N/A)__. Persons performing official duties under the provisions of this rule, including members of the Law Committee, members of the Bar Committee, the executive director and staff, and members of the Bar working under the direction of the Board, shall be immune from personal liability for all conduct in the course of their official duties. Information provided to the Bar Committee concerning the mental stability or ethical or moral qualifications of an applicant shall be absolutely privileged and no lawsuit may be predicated thereon. 201.2(5), C.R.C.P.

I have read the foregoing document and have answered all questions fully and frankly. The answers are complete and true of my own knowledge.

State of __Colorado__ )
County of __Boulder__ ) ss.

__[signature: Evan Feinberg]__
Signature of Applicant

On this __2nd__ day of __December__, in the year of __2002__ before me, __John J Gibson__ (Notary Name) personally appeared __Feinberg Evans__ (Applicant's Name) personally known to me or (proved to me on the basis of satisfactory evidence) to be the person whose name is subscribed to the within instrument and acknowledged to me that he/she executed the same in his/her authorized capacity, and that by his/her signature on the instrument the person, or the entity upon behalf of which the person acted, executed the instrument.

WITNESS my hand and official seal.
Notary's Signature: __John J. Nelson__
Notary's Address: __1600 Hover Rd C-3 Longmont Co 80501__

My commission expires on __05-15-2003__

(S E A L)