# EXHIBIT "D"

**COLORADO SUPREME COURT**
**BOARD OF LAW EXAMINERS**
1560 Broadway Street, Suite 1820
Denver CO 80202
(303) 866-6626

December 8, 2005

Evan Spencer
721 E. 34th Place
Loveland CO 80538

Dear Mr. Spencer:

    This letter is written in response to your letter of November 9, 2005 regarding your application for admission to practice law in Colorado. On December 1, 2005, your letter was reviewed by the members of the inquiry panel of the Bar Committee of the Colorado Board of Law Examiners who initially interviewed you on October 20, 2004.

    Rule 201.6 C.R.C.P. states that "Applicants must demonstrate that they are mentally stable and ethically and morally qualified... The Bar Committee may require further evidence of an applicant's mental stability..." After the 2004 meeting when you were interviewed by the inquiry panel, you were requested to produce certain medical records from your 1999 hospitalization and treatment. The members of the inquiry panel believe that in order to determine your fitness for admission, the requested hospital records first must be reviewed. You have had over one year to produce those records and have explicitly refused to do so.

    As you were informed by letter when you were advised that you were successful on the February 2004 Colorado Bar Examination, "No applicant shall be admitted to the Bar of this State until such time as he or she has taken the oath of admission prescribed by the Supreme Court.... No Class B applicant shall be permitted to take such oath later than eighteen months subsequent to the date of the announcement by the Supreme Court that he or she has passed the examination." 201.14 C.R.C.P. The results of that examination were announced on April 30, 2004, thus they expired on October 30, 2005.

    Due to your refusal to cooperate with the inquiry panel's valid request to produce the records requested and the fact that your inaction in producing those records have allowed your bar exam results to expire, the Board has no choice but to terminate your application for admission to the practice of law in Colorado.

Sincerely,

Alan Ogden
Executive Director