# EXHIBIT "F"

September 21, 2005

Colorado Supreme Court Board of Law Examiners
600 17th Street, Suite 520-S
Denver, CO   80202
Attn. Susan Gleeson

Dear Ms. Gleeson:

I am writing with regard to my application to be admitted to the Colorado Bar. Following an October 20, 2004 appearance with an Inquiry Panel, I received a request for a medical record. After researching this matter, I discovered that pursuant to the Americans with Disabilities Act, I am not required to disclose a disability protected under the Act. The requested medical record pertains to such a condition.

If the Board requires any additional information prior to rendering a decision with regard to my application for admission, please contact me at your earliest convenience.

Sincerely,


Evan Spencer