# EXHIBIT "H"



**U.S. Department of Justice**

Civil Rights Division

---

*Disability Rights Section - NYA*
*950 Pennsylvania Avenue N.W.*
*Washington, DC 20530*

204-13-0

MAY 0 3 2006

Evan Spencer
721 E 31st Place
Loveland, CO  80538

    Re:    Colorado State Board of Law Examiners

Dear Mr. Spencer:

    This letter is in response to the complaint that you filed with this office alleging a possible violation of the Americans with Disabilities Act (ADA). The Disability Rights Section reviews individual complaints filed by persons under title II of the ADA.

    After carefully reviewing the information that you provided, we have decided not to take any further action on your complaint. Unfortunately, due to the hundreds of title II complaints that we receive each year, we do not have the resources to resolve all of them. We have made no determination regarding the merits of your complaint or whether it could be redressed under the ADA or another statute. Moreover, our decision does not affect your right to pursue your complaint in another manner. You may wish to contact an attorney or legal service to determine what remedies may be available.

    We have enclosed a list of agencies and groups in your state that may be of some assistance to you. If you have access to the internet, the text of the ADA, the Department's regulations, and many technical assistance publications are provided on our ADA Home Page at http://www.ada.gov. If you have specific questions about title II of the ADA or want copies of technical assistance publications sent to you, you may call the ADA Information Line at 800-514-0301 (voice) or 800-514-0383 (TTY).

    We regret that we are unable to assist you.

                                     Sincerely,

                                     Jeanine Worden
                                   Deputy Chief
                         Disability Rights Section
                           Civil Rights Division

Enclosures

245589

# COLORADO

**Independent Living Centers**

Center for People with Disabilities
1675 Range Street
Boulder, CO 80301-2722
(303) 442-8662 (Voice)
(800) 659-2656 (TTY)

Atlantis Community, Inc.
201 South Cherokee Street
Denver, CO 80223-1836
(303) 733-9324 (Voice)
(303) 733-0047 (TTY)

Disability Center for Independent Living
5900 East 39th Avenue, Suite 4
Denver, CO 80207
(303) 320-1345 (Voice)
(303) 320-2330 (TTY)

Center for Independence
1600 Ute Avenue, Suite 100
Grand Junction, CO 81501
(970) 241-0315 (Voice)
(970) 241-8130 (TTY)

Connections for Independent Living
1024 Ninth Avenue, Suite E
Greenly, CO 80631
(970) 352-8682 (Voice/TTY)

Sangre De Cristo Independent Living Center
803 West Fourth Street, Suite D
Pueblo, CO 81003
(719) 546-1271 (Voice)
(719) 546-1867 (TTY)

**Rocky Mountain Disability and
Business Technical Assistance Center**
Meeting the Challenge, Inc.
3630 Sinton Road, Suite 103
Colorado Springs, CO 80907
(719) 444-0268 (Voice/TTY)
(800) 949-4232 (Voice/TTY)

**Protection & Advocacy**
The Legal Center
455 Sherman Street, Suite 130
Denver, CO 80203
(303) 722-0300 (Voice/TTY)
(800) 288-1376

**Vocational Rehabilitation Agency**
Colorado Department of Human Services
Department of Rehabilitation
Denver, CO 80203
(720) 884-1234 (Voice & TTY)

**Client Assistance Program**
The Legal Center
455 Sherman Street, Suite 130
Denver, CO 80223
(303) 722-0300 (Voice/TTY)
(800) 288-1376 (Voice/TTY)