# EXHIBIT "I"

```
                SUPREME COURT OF COLORADO
                   Two East 14th Avenue
                   Denver, Colorado 80203
```

TO:        EXAMINEES WHO WERE SUCCESSFUL ON THE
           COLORADO BAR EXAMINATION OF FEBRUARY 2004

DATE:      APRIL 30, 2004

RE:        PROCEDURES FOR ADMISSION TO THE BAR
------------------------------------------------------------------

Congratulations! C.R.C.P. 201.14 requires that every applicant to the Bar of the State of Colorado shall, before receiving a certificate of admission, pay a license fee of $40 and sign the oath of admission before the Clerk of the Supreme Court or other designated officer.

In order to attend the mandatory swearing-in ceremony scheduled for **Monday, May 24, 2004**, you must register with the Attorney Registration Clerk at 600 17th Street, #305-S, Denver, starting May 3rd, prior to the ceremony between the hours of 9 a.m. to 12 p.m. and 2 p.m. to 4 p.m. **ONLY THOSE FROM OUTSIDE THE DENVER-BOULDER METRO AREA WILL BE ALLOWED TO REGISTER THE MORNING OF THE CEREMONY.**

When you register, you will be required to (1) produce a picture identification card; (2) pay the license fee of $40 (by check, or, if cash, with exact change); (3) personally sign and subscribe to the oath of admission in the presence of the Attorney Registration Clerk or a Deputy Clerk; and (4) complete all necessary forms for the annual registration of attorneys pursuant to C.R.C.P. 227.

The swearing-in ceremony will be held Monday, May 24, 2004, at 4:00 p.m. at Boettcher Concert Hall in Denver. More details on this ceremony will be provided at the time you sign the oath and pay the license fee. IN ORDER TO ATTEND THE CEREMONY, YOU MUST HAVE PREVIOUSLY PAID THE LICENSE FEE AND COMPLETED THE NECESSARY PAPERWORK.

If you are unable to be present for the May 24th swearing-in ceremony, you may complete the required paperwork and take the oath of admission at the Attorney Registration Office, 600 17th Street, Suite 305-S, Denver, Colorado between the hours of 9:00 a.m. to 4:00 p.m. commencing May 25th. Pursuant to C.R.C.P. 201.14(1), Class B applicants must take the oath of admission no later than eighteen months subsequent to the date of the announcement that he or she has passed the examination. Any questions concerning procedure for admission to the Bar should be directed to one of the Attorney Registrations Clerks at 303-534-7841, or 303-534-0938.

For information regarding admission to the Bar of the United States District Court of the District of Colorado, please contact the office of the Clerk of the U.S. District Court at 303-844-3433.

```
                                       MAC V. DANFORD
                                       Clerk of the Colorado Supreme Court
```