# EXHIBIT "K"



# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
## OFFICE OF THE CLERK

GREGORY C. LANGHAM
CLERK OF COURT

Room A-105
Alfred A. Arraj United States
Courthouse
901 19th Street
Denver, Colorado 80294
Phone(303) 844-3433
www.cod.uscourts.gov

This is the best quality copy of the following document.

Clerks Office
United States District Court

AT AN EX PARTE MOTION PART,
of the Supreme Court of the State of
New York held in and
for the County of New York, at
60 Centre Street, on
the 2nd day DEC, 2002

**PHYLLIS GANGEL-JACOB**

PRESENT: HON. JUSTICE
SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK

---

In the Matter of the Application of

Evan Spencer Feinberg

for Leave to Change His Name to

Evan Spencer

INDEX # 120816/02

NAME CHANGE ORDER

---

Upon the petition of Evan Spencer Feinberg, verified the 14th day of September, 2002, praying for leave to change his name from Evan Spencer Feinberg to Evan Spencer; and the court being satisfied thereby that the petition is true and that there is no reasonable objection to the change of name proposed,

NOW, on motion of Evan Spencer Feinberg, Petitioner, it is hereby

ORDERED, that petitioner, Evan Spencer Feinberg, born on July 14th, 1969, at St. Lawrence Hospital in Bronxville, NY, whose Birth Certificate Number is 094714, is hereby authorized to assume the name Evan Spencer in place of his present name upon compliance with the provisions of this order, and it is further

ORDERED, that this order shall be entered and the papers on which it was granted be filed, prior to the publication herein directed, in the office of the Clerk of the County of New York, wherein petitioner resides, and it is further

ORDERED, that at least once within twenty (20) days after the signing of this order, a notice in substantially the following form, shall be published in the New York Law Journal

Notice is hereby given that an order entered by the Supreme Court, New York County, on the _____ 2nd day of DECEMBER, 2002, bearing Index Number 120816/02, a copy of which may be examined at the office of the Clerk, located at 60 Centre Street, New York, in room number 141B, grants me the right to assume the name Evan Spencer. My present address is (HOME) 355 South End Avenue, Apt. 4M, New York, NY 10280, and (MAILING) 17 Battery Place, Suite 300, New York, NY 10004. The date of my birth is



# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
## OFFICE OF THE CLERK

GREGORY C. LANGHAM
CLERK OF COURT

Room A-105
Alfred A. Arraj United States
Courthouse
901 19th Street
Denver, Colorado 80294
Phone(303) 844-3433
www.cod.uscourts.gov

This is the best quality copy of the following document.

Clerks Office
United States District Court

July 14, 1969. The place of my birth is Bronxville, New York, USA. I was previously known as Evan Spencer Feinberg, and it is further

ORDERED, that within forty (40) days of the signing of this order, an affidavit of publication as herein directed shall be filed in the office of the Clerk of the County of New York, and it is further

ORDERED, that after complying with the foregoing, the Petitioner shall file with the Clerk of the Appellate Division, 2nd Department (where Petitioner was admitted to practice law January 1997), an affidavit setting forth the entry of and compliance with the requirements of this order within forty (40) days from the date of this order, and it is further

ORDERED, that a copy of this order be served by mail upon the United States Bankruptcy Court, Eastern District of New York, and attorneys for respective parties within ten (10) days after this order is filed and that proof of service thereof be filed within twenty (20) days thereafter and it is further

ORDERED, that upon full compliance with the above provisions of this order, Petitioner shall be known by the name, Evan Spencer, which he hereby authorized to assume and by no other name.

ENTER:

_____
J.S.C.
Justice, Supreme Court of
The State of New York
First Judicial District

Exhibit A     Exhibit B     Exhibit C