IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 06-cv-02124-MSK-MEH

EVAN SPENCER,

        Plaintiff,

v.

THE COLORADO SUPREME COURT,
CHIEF JUSTICE MARY J. MULLARKEY,
JUSTICE MICHAEL L. BENDER,
JUSTICE GREGORY J. HOBBS, JR.,
JUSTICE NANCY E. RICE,
JUSTICE ALEX J. MARTINEZ,
JUSTICE NATHAN B. COATS,
JUSTICE ALLISON EID, personally, and in their representative capacities as Justices of the
  Colorado Supreme Court,
THE COLORADO STATE BOARD OF LAW EXAMINERS,
EXECUTIVE DIRECTOR ALAN K. OGDEN,
SUSAN Q. GLEESON,
SUSAN B. HARGLEROAD,
SHARI FRAUSTO,
LES WOODWARD,
CARLOS SAMOUR,
JAMES COYLE, III,
LINDA DONNELLY, and
MELANIE BACKES, personally, and in their representative capacities as agents of the
  Colorado Board of Law Examiners,

        Defendants.

---

## ORDER REGARDING CUSTODY OF EXHIBITS AND DEPOSITIONS

---

      IT IS ORDERED that, within 30 days after judgment is entered, counsel for the parties

shall obtain from the Court any exhibits and depositions used during this case.  Counsel shall

retain same for 60 days beyond the later of the time to appeal or conclusion of all appellate

proceedings.  Failure to retrieve the exhibits and depositions in this matter in conformance with

this Order may result in their destruction.

Dated this 27th day of October, 2006.

BY THE COURT:

Marcia S. Krieger
United States District Judge