IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-02124-MSK-MEH

EVAN SPENCER,

     Plaintiff,

v.

THE COLORADO SUPREME COURT, et al.,

     Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on January 24, 2007.**

     For good cause shown, the Unopposed Motion for Leave to Conduct Pre-Scheduling Conference Meeting Under Fed.R.Civ.P. 26(f) on February 5, 2007 [Filed January 24, 2006; Docket #34] is **granted**.  The parties are granted leave to hold their pre-scheduling Rule 26(f) conference meeting (which does not involve the Court) on February 5, 2007, at 2:00 p.m.