```
STATE OF NEW YORK      )
                       )
CITY OF NEW YORK       ) ss.
                       )
COUNTY OF NEW YORK     )
```

Being first duly sworn upon oath, I depose and state that I am the applicant named in the foregoing application; that I respectfully apply to the Colorado Supreme Court through its Board of Law Examiners for admission to the Bar of the State of Colorado; that the statements and representations made in the foregoing application are true and correct; that these statements and representations are made for the purpose of inducing the Colorado Supreme Court to grant me a license to practice as an attorney and counselor at law; that it is understood by me that if any statements or representations are false or untrue, that the license may be denied or, if granted, may be revoked, and that I will promptly report to the Executive Director of the Colorado Supreme Court Board of Law Examiners the details of any material changes in the information stated in this application, including without limitation of the foregoing, any charges, claims or changes in my physical or mental status which may occur after the filing of this application and prior to my admission to the Colorado Bar.

I further depose and state that, having submitted the foregoing application using the Board's disk or web version, no revisions or alterations have been made to the text or questions contained therein; that if revisions or alterations are made, it is understood by me that the license may be denied or, if granted may be revoked, and all application fees forfeited.

It is also understood by me that, should issues arise with regard to the quality of the language of the questions contained on an electronic version of the application, deference will be given to the Board's official printed version of the forms.

_____
Signature of Applicant (Evan S. Feinberg)

On this 31st day of May, in the year of 2002, before me, Craig Phemister, personally appeared Evan S. Feinberg, personally known to me to be the person whose name is subscribed to the within instrument and acknowledged to me that he/she executed the same in his authorized capacity, and that by his signature on the instrument the person, or the entity upon behalf of which the person acted, executed the instrument.

WITNESS my hand and official seal.

Notary's Signature: _____

Notary's Address: 17 Battery Place
NY, NY 10004

CRAIG W. PHEMISTER
Notary Public, State of New York
No. 02PH6038949
Qualified in Queens County
Commission Expires _____

My commission expires on

(S E A L)