# AFFIDAVIT UPDATING A PREVIOUS APPLICATION
# TO TAKE THE COLORADO BAR EXAM

State of _Colorado_ )
) ss  **AFFIDAVIT**
County of _Boulder_ )

I, _Evan Spencer Feinberg_, as one applying to take the Colorado Bar Examination to be given **(circle one)** ~~FEB~~ or **JUL** _2003_ being duly sworn upon oath, depose and state that:
 (Year)

1. I previously filed an application to take the *(circle one)* FEB or ~~JUL~~ _2002_ Colorado Bar Exam, and *(check one)* ☒ **FAILED** or ☐ **WITHDREW**   (Year)

2. My current (or most recent) employer is (Co. Name): _Self-employed Attorney_

   Supervisor's name: _____   Phone: _(212) 592-9072_

   Address: _1 West Street, #2422, New York, NY 10004_

   Position Title: _Attorney_   Employment Dates: _____

   Reason for leaving (if applicable): _____

3. All of the information disclosed in my previous application remains unchanged.  ☐ **Yes** ☒   **No**
   (**If No**, provide all relevant details and documentation.)

4. Are there any additional matters or information to be disclosed with respect to possible misconduct or lack of moral or ethical qualifications on my part which were not disclosed on my previous application?
   ☐ **Yes**  ☒ **No**  (If Yes, provide all relevant details and documentation.)

5. I understand that if any of the statements or representations made on my previous application or in this affidavit are false or untrue, then a license to practice law may be denied, or if granted, may be revoked.

6. I will promptly report to the Colorado Board of Law Examiners the details of any material changes in the information stated in my previous application or in this affidavit, including without limitation of the foregoing, any changes, claims or changes in my physical or mental status which may occur after the filing of this affidavit and prior to my admission to the Bar of the State of Colorado.

Affiant's Signature: _Evan Feinberg_

Affiant's Address: _1 West Street, #2422_
_New York, NY 10004_

Telephone: (work) _(212) 592-9072_ (home) _(212) 706-0830_

Soc. Sec. _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_   Date of Birth _7/14/69_

Subscribed and sworn to before me this _2nd_ day of _December_ year of _2002_

Notary's Signature: _John J. Tilton_

(SEAL)   My commission expires: _05-15-2003_

# AFFIDAVIT UPDATING A PREVIOUS APPLICATION
## TO TAKE THE COLORADO BAR EXAM

State of Colorado )
County of Boulder ) ss  **AFFIDAVIT**

I, Evan Spencer (formerly Evan Spencer Feinberg), as one applying to take the Colorado Bar Examination to be given **(circle one)** ~~FEB~~ or JUL 2004 being duly sworn upon oath, depose and state that:
*(Year)*

1. I previously filed an application to take the *(circle one)* FEB or JUL 2002 Colorado Bar Exam, and *(check one)* ☒ FAILED or ☐ WITHDREW *(Year)*

2. My current (or most recent) employer is (Co. Name): (Self-employed) Evan Spencer Attorney at Law

   Supervisor's name: (Self)   Phone: (646) 319-2732

   Address: 17 Battery Place, Suite 300 NY, NY 10004

   Position Title: Attorney   Employment Dates: June 2002 → Present

   Reason for leaving (if applicable): N/A

3. All of the information disclosed in my previous application remains unchanged: ☐ Yes ☒ No
   **(If No, provide all relevant details and documentation.)**

4. Are there any additional matters or information to be disclosed with respect to possible misconduct or lack of moral or ethical qualifications on my part which were not disclosed on my previous application?
   ☐ Yes ☒ No (If Yes, provide all relevant details and documentation.)

5. I understand that if any of the statements or representations made on my previous application or in this affidavit are false or untrue, then a license to practice law may be denied, or if granted, may be revoked.

6. I will promptly report to the Colorado Board of Law Examiners the details of any material changes in the information stated in my previous application or in this affidavit, including without limitation of the foregoing, any changes, claims or changes in my physical or mental status which may occur after the filing of this affidavit and prior to my admission to the Bar of the State of Colorado.

Affiant's Signature: *Evan Spencer (formerly Evan Spencer Feinberg)*

Affiant's Address: 3 Lewis Road
Irvington, NY 10533

Telephone: (work) (646) 319-2732   (home) (646) 319-2732

Soc. Sec. 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   Date of Birth 7/14/69

Subscribed and sworn to before me this 1st day of Dec year of 2003

Notary's Signature: _____

(SEAL)
My commission expires: 05-15-2007