UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO

Civil Action #: 1:06-cv-2124 MSK-MEH

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

FEB - 5 2007

GREGORY C. LANGHAM
CLERK

Evan Spencer,

                Plaintiff,

versus,

The Colorado Supreme Court, Chief Justice Mary J. Mullarkey, Justice Michael L. Bender, Justice Gregory J. Hobbs, Jr., Justice Nancy E. Rice, Justice Alex J. Martinez, Justice Nathan B. Coats, and Justice Allison Eid, personally, and in their representative capacities as Justices of the Colorado Supreme Court, AND, the Colorado State Board of Law Examiners, Executive Director Alan K. Ogden, Susan Q. Gleeson, Susan B. Hargleroad, Shari Frausto, Les Woodward, Carlos Samour, James Coyle, III, Linda Donnelly, and Melanie Backes, personally, and in their representative capacities as agents of the Colorado Board of Law Examiners.

                Defendants.

**RESPONSE TO DEFENDANTS' MOTION TO DISMISS**

In December 2005, Plaintiff was informed that his application for admission was denied for failing to provide a 1999 hospital record. While Defendants' motion to dismiss includes some inaccuracies, it also includes factual and legal claims which Plaintiff was not previously aware. In light of this new information, Plaintiff voluntarily stipulates to the dismissal of this action with prejudice, as of February 1, 2007.

                Evan Spencer
                *pro se Plaintiff*