IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-02124-MSK-MEH

EVAN SPENCER,

        Plaintiff,

v.

THE COLORADO SUPREME COURT, et al.,

        Defendants.

## UNOPPOSED MOTION TO VACATE SCHEDULING CONFERENCE

Defendants, by and through their undersigned attorneys, hereby move to vacate the scheduling conference in this case set for February 15, 2007, at 9:15 A.M. In support of this Motion, Defendants state as follows:

1.   The undersigned certifies pursuant to D.Colo.L.Civ.R. 7.1A that he has conferred in writing with Plaintiff Evan Spencer concerning this Motion and has been authorized to represent that this Motion is UNOPPOSED.

2.   On January 29, 2007, Defendants filed a Motion to Dismiss for Lack of Subject Matter Jurisdiction and For Failure to State Claims Upon Which Relief Can Be Granted. On February 5, 2007, Mr. Spencer filed his Response to Defendants' Motion to Dismiss by which he confesses the motion and stipulates to dismissal with prejudice.

WHEREFORE, Defendants request that the Scheduling Conference set for February 15, 2007, be vacated and that the parties be excused from the requirement of filing a proposed Scheduling Order by February 8, 2007.

RESPECTFULLY SUBMITTED this 6th day of February 2007.

JOHN W. SUTHERS
Attorney General

*s/* Friedrick C. Haines
FRIEDRICK C. HAINES*
First Assistant Attorney General
ANDREW KATARIKAWE*
Assistant Attorney General
Civil Litigation & Employment Law Section
Attorneys for Defendants

1525 Sherman Street, 5th Floor
Denver, Colorado  80203
Telephone:  303-866-5151
*Counsel of Record

## CERTIFICATE OF SERVICE

I certify that I served the foregoing Unopposed Motion to Vacate Scheduling Conference upon all parties herein by e-filing through the Court's ECF system and/or by depositing copies of same in the United States mail, first-class postage prepaid, at Denver, Colorado, this 6th day of February 2007 addressed as follows:

Evan Spencer
721 East 34th Place
Loveland, Colorado 80538
Tel: 970-391-9709
Email: EvanEsquire@aol.com


*s/* Friedrick C. Haines

AG ALPHA:     JD LE HCINY
AG File:           \\S_DOL_2\DATA\LT\LTHAINFC\ SPENCER\mtn to vacate conf.doc