IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-02124-MSK-MEH

EVAN SPENCER,

Plaintiff(s),

v.

THE COLORADO SUPREME COURT;
CHIEF JUSTICE MARY J. MULLARKEY;
JUSTICE MICHAEL L. BENDER;
JUSTICE GREGORY J. HOBBS, JR.;
JUSTICE NANCY E. RICE;
JUSTICE ALEX J. MARTINEZ;
JUSTICE NATHAN B. COATS;
JUSTICE ALLISON EID, personally and in their representative capacities as Justices of the Colorado Supreme Court;
THE COLORADO STATE BOARD OF LAW EXAMINERS;
EXECUTIVE DIRECTOR ALAN K. OGDEN;
SUSAN Q. GLEESON;
SUSAN B. HARGLEROAD;
SHARI FRAUSTO;
LES WOODWARD;
CARLOS SAMOUR;
JAMES COYLE, III;
LINDA DONNELLY; and
MELANIE BACKES, personally and in their representative capacities as agents of the Colorado Board of Law Examiners;

Defendant(s).

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on February 6, 2007.**

For good cause shown, the Unopposed Motion to Vacate Scheduling Conference [Filed February 6, 2007; Docket #39] is **granted** in part and **denied** in part.

The Scheduling Conference set for February 15, 2007, at 9:15 a.m., is hereby converted to a status conference and will remain on the Court's calendar unless or until a Stipulation for Dismissal or other such dismissal documents are filed in this matter. The parties are hereby relieved of their obligation to submit a proposed Scheduling Order in this regard.