IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 06-cv-02124-MSK-MEH

EVAN SPENCER,

      Plaintiff,

v.

THE COLORADO SUPREME COURT,
CHIEF JUSTICE MARY J. MULLARKEY,
JUSTICE MICHAEL L. BENDER,
JUSTICE GREGORY J. HOBBS, JR.,
JUSTICE NANCY E. RICE,
JUSTICE ALEX J. MARTINEZ,
JUSTICE NATHAN B. COATS,
JUSTICE ALLISON EID, personally, and in their representative capacities as Justices of the
  Colorado Supreme Court,
THE COLORADO STATE BOARD OF LAW EXAMINERS,
EXECUTIVE DIRECTOR ALAN K. OGDEN,
SUSAN Q. GLEESON,
SUSAN B. HARGLEROAD,
SHARI FRAUSTO,
LES WOODWARD,
CARLOS SAMOUR,
JAMES COYLE, III,
LINDA DONNELLY, and
MELANIE BACKES, personally, and in their representative capacities as agents of the
  Colorado Board of Law Examiners,

      Defendants.

---

## ORDER OF DISMISSAL WITH PREJUDICE AND TO CLOSE CASE

---

THIS MATTER is before the Court on the "Notice and Stipulation for Dismissal With

Prejudice" (#43) filed February 9, 2007.  The Court having reviewed the foregoing:

ORDERS that the above-captioned matter is dismissed with prejudice, each party to bear

his, her or its own costs and attorneys' fees incurred in connection with this action.  *The Clerk*

*shall close this case.*

Dated this 9th day of February, 2007

**BY THE COURT:**

Marcia S. Krieger
United States District Judge